UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA TOSTI, <br><br>   Plaintiff, <br><br>  v. <br><br>CAHTO BLUE, LLC, et al., <br><br>   Defendants. | Case No. 24-cv-06120-SK <br><br> **ORDER TO SHOW CAUSE** |

  Defendants Cahto Blue, LLC and Kristina Warren (collectively, "Defendants") have appeared in this action and filed an answer to Plaintiff Francesca Tosti's ("Plaintiff") complaint. (Dkt. Nos. 10. 11, 14.)  However, Defendants have failed to file their ADR certification, meet and confer with Plaintiff pursuant to Federal Rule of Civil Procedure 26(f), and file a case management statement by the appropriate deadlines.  (Dkt. Nos. 4, 13, 16.)  Plaintiff's counsel attests that he contacted Defendants and their counsel about the ADR certification and meet and confer deadlines, but Defendants did not respond.  (Dkt. Nos. 13, 16.)  Defendants' conduct violates the Federal Rules of Civil Procedure and this Court's local rules.  *See* Fed. R. Civ. Proc 26(f); Civ. L. R. 16-8(b), 16-9(a).

///
///
///
///
///
///
///
///

1    Defendants are HEREBY ordered to show cause why monetary sanctions of $250 should

2 not be imposed for failure to abide by deadlines. Defendants shall file a written response on or

3 before December 2, 2024. Further, Defendants are admonished to file a case management

4 statement on or before December 2, 2024. Defendants have also not filed a consent or declination

5 to the undersigned.

6    The case management conference scheduled for December 2, 2024 at 1:30 pm is

7 CONTINUED to December 9, 2024 at 1:30 pm.

8    **IT IS SO ORDERED**.

9 Dated: November 26, 2024



SALLIE KIM
United States Magistrate Judge